AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ebel, David M. | Tenth Circuit Court of Appeals | 06/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dane and Jessi Shikman | February 18, 2018 | Houston, TX | Perform wedding | travel, lodging |
| 2. | International Academy of Trial Lawyers | July 19, 2018 - July 21, 2018 | Colorado Springs, CO | Educational seminar | travel, meals and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 2. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 3. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 4. Open Intelligence Software Group, Inc. Class A Common Stock | B | Dividend | J | U | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. - Janus Henderson Money Market Fund D Shares | B | Interest | M | T | Buy (add'l) | 02/08/18 | K | | |
| 7. | | | | | Buy (add'l) | 03/14/18 | M | | |
| 8. | | | | | Sold (part) | 05/09/18 | L | | |
| 9. | | | | | Buy (add'l) | 08/10/18 | K | | |
| 10. | | | | | Buy (add'l) | 10/23/18 | K | | |
| 11. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 12. - Janus Henderson Global Technology Fund D Shares | A | Dividend | J | T | Sold (part) | 03/14/18 | M | D | |
| 13. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 14. | | | | | Sold (part) | 10/23/18 | K | C | |
| 15. - Janus Henderson Emerging Markets Fund D Shares | | None | | | Sold | 01/04/18 | K | C | |
| 16. - Janus Henderson Research Fund D Shares | | None | | | Sold | 03/14/18 | J | A | |
| 17. - Janus Henderson Emerging Markets Managed Vol D Shares | | None | | | Buy | 01/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 02/08/18 | K | | |
| 19. - Janus Henderson Forty Fund D Shares | B | Dividend | J | T | Buy | 05/09/18 | K | | |
| 20. | | | | | Sold (part) | 12/21/18 | K | | |
| 21. - Janus Henderson International Small Cap Fund D Shares | | None | | | Buy | 05/09/18 | K | | |
| 22. | | | | | Sold | 08/10/18 | K | | |
| 23. - Janus Henderson U.S. Growth Opportunities Fund D Shares | A | Dividend | J | T | Buy | 05/09/18 | K | | |
| 24. | | | | | Sold (part) | 12/21/18 | K | | |
| 25. - Janus Henderson Asia Equity Fund D Shares | | None | | | Buy | 01/04/18 | K | | |
| 26. | | | | | Sold | 02/08/18 | K | | |
| 27. Brokerage (H) | | | | | | | | | |
| 28. - Amazon.Com Inc | | None | K | T | Buy (add'l) | 02/12/18 | K | | |
| 29. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 30. | | | | | Sold (part) | 12/21/18 | J | C | |
| 31. | | | | | Sold (part) | 12/26/18 | J | | |
| 32. - Nvidia Corp | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 33. | | | | | Sold (part) | 01/19/18 | J | D | |
| 34. | | | | | Buy (add'l) | 02/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 36. | | | | | Sold | 03/16/18 | K | B | |
| 37. | | | | | Buy | 03/20/18 | L | | |
| 38. | | | | | Sold (part) | 05/11/18 | K | A | |
| 39. | | | | | Sold (part) | 07/11/18 | J | | |
| 40. | | | | | Sold | 07/25/18 | K | | |
| 41. | | | | | Buy | 11/14/18 | K | | |
| 42. | | | | | Sold | 11/20/18 | K | | |
| 43. - Sector SPDR Tr Shs Ben Int Financial | | None | | | Sold | 02/12/18 | J | B | |
| 44. - Wal-Mart Stores Inc | A | Dividend | | | Sold | 02/08/18 | K | B | |
| 45. - iShares Inc Core MSCI Emerging Mkts | | None | | | Buy (add'l) | 01/30/18 | J | | |
| 46. | | | | | Sold | 02/07/18 | K | B | |
| 47. - Boeing Co | | None | | | Sold | 02/08/18 | K | C | |
| 48. - Intel Corp | | None | | | Sold | 01/05/18 | K | A | |
| 49. - Petmed Express Inc | A | Dividend | | | Buy (add'l) | 01/24/18 | J | | |
| 50. | | | | | Sold | 03/16/18 | K | | |
| 51. - UnitedHealth Group | | None | | | Sold | 02/01/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Core Cash Management Account | A | Interest | L | T | | | | | |
| 53. - Ishares Edge MSCI USA Momentum Factor ETF | | None | | | Buy | 01/03/18 | J | | |
| 54. | | | | | Buy (add'l) | 01/08/18 | K | | |
| 55. | | | | | Sold | 02/12/18 | K | A | |
| 56. - HaloZyme Therapeutics Inc | | None | | | Buy | 01/16/18 | J | | |
| 57. | | | | | Sold | 01/19/18 | J | | |
| 58. - Ishares TR US AER DEF ETF | | None | | | Buy | 02/01/18 | J | | |
| 59. | | | | | Sold | 03/16/18 | J | | |
| 60. - Netflix Com Inc | | None | | | Buy | 02/23/18 | J | | |
| 61. | | | | | Sold | 03/14/18 | K | B | |
| 62. - EOG Resources Inc | | None | | | Buy | 03/02/18 | J | | |
| 63. | | | | | Sold | 03/22/18 | J | | |
| 64. - DropBox Inc | | None | | | Buy | 03/27/18 | J | | |
| 65. | | | | | Sold | 04/18/18 | J | A | |
| 66. - Lockheed Martin Corp | A | Dividend | | | Buy | 04/27/18 | K | | |
| 67. | | | | | Sold | 06/08/18 | K | | |
| 68. - Sprint Corporation Com | | None | | | Buy | 05/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/22/18 | J | | |
| 70.   - ARK ETF TR Web X.0 ETF | | None | | | Buy | 05/14/18 | K | | |
| 71. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 72. | | | | | Sold | 08/21/18 | K | A | |
| 73.   - Total S A Sponsored ADR | A | Dividend | | | Buy | 05/15/18 | J | | |
| 74. | | | | | Sold | 08/06/18 | J | | |
| 75.   - Two Hbrs Invt Corp Com | A | Dividend | | | Buy | 06/08/18 | K | | |
| 76. | | | | | Sold | 10/09/18 | J | | |
| 77.   - Alphabet Inc Cap Stk Cl A | | None | | | Buy | 07/26/18 | J | | |
| 78. | | | | | Sold | 12/26/18 | J | | |
| 79.   - Facebook Inc Com | | None | | | Buy | 07/26/18 | J | | |
| 80. | | | | | Sold | 11/20/18 | J | | |
| 81.   - AT&T Inc Com | A | Dividend | | | Buy | 08/21/18 | K | | |
| 82. | | | | | Sold | 10/23/18 | K | | |
| 83.   - Alibaba Group Hldg Ltd | | None | | | Buy | 09/05/18 | K | | |
| 84. | | | | | Sold | 10/23/18 | J | | |
| 85.   - Texas Instruments Inc Com | | None | | | Buy | 10/17/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/26/18 | J | | |
| 87. - Fidelity MSCI Consumer Discretionary Index ETF | | None | | | Buy | 11/13/18 | J | | |
| 88. | | | | | Sold | 11/20/18 | J | | |
| 89. - Fidelity MSCI Health Care Index | A | Dividend | | | Buy | 11/13/18 | J | | |
| 90. | | | | | Sold | 12/26/18 | J | | |
| 91. - CVR Refng LP | | None | | | Buy | 11/29/18 | J | | |
| 92. | | | | | Sold | 12/10/18 | J | | |
| 93. - Microsoft Corp | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 94. IRA #2 (H) | | | | | | | | | |
| 95. - FDIC Insured Deposit at US Bank | A | Interest | M | T | | | | | |
| 96. - Alphabet Inc | | None | | | Sold | 02/09/18 | L | D | |
| 97. - Johnson & Johnson | A | Dividend | | | Sold | 06/21/18 | K | B | |
| 98. - Fidelity Nasdaq Composite Index Fund | | None | | | Sold | 03/15/18 | K | D | |
| 99. | | | | | Buy | 05/14/18 | K | | |
| 100. | | | | | Sold | 10/22/18 | K | A | |
| 101. - Fidelity Europe Fund | | None | | | Sold | 02/06/18 | K | B | |
| 102. - Apple Inc | A | Dividend | | | Buy (add'l) | 02/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/16/18 | J | C | |
| 104. | | | | | Sold | 12/26/18 | L | | |
| 105. - United Technologies Corp | | None | | | Sold | 02/16/18 | K | C | |
| 106. - Applied Materials Inc | | None | | | Sold | 02/12/18 | K | | |
| 107. - Medtronic PLC | A | Dividend | | | Sold | 01/30/18 | K | A | |
| 108. - Alibaba Group Hldg Ltd | | None | J | T | Buy | 01/30/18 | J | | |
| 109. | | | | | Sold | 06/07/18 | J | A | |
| 110. | | | | | Buy | 11/16/18 | K | | |
| 111. - JP Morgan Chase & Co | | None | | | Buy | 02/16/18 | K | | |
| 112. | | | | | Sold | 03/16/18 | K | A | |
| 113. - Home Depot Inc Com | A | Dividend | K | T | Buy | 02/23/18 | K | | |
| 114. | | | | | Sold | 03/16/18 | K | | |
| 115. | | | | | Buy | 09/13/18 | K | | |
| 116. - SalesForce Com Inc | | None | K | T | Buy | 04/12/18 | K | | |
| 117. | | | | | Sold (part) | 12/26/18 | K | B | |
| 118. - Micron Technology | | None | | | Buy | 05/30/18 | J | | |
| 119. | | | | | Sold | 10/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Verizon Communications | | None | K | T | Buy | 11/16/18 | K | | |
| 121. IRA #3 (H) | | | | | | | | | |
| 122. - Dodge & Cox Stock Fd. | A | Dividend | J | T | Sold (part) | 02/08/18 | J | B | |
| 123. - Dodge & Cox Balanced Fd. | C | Dividend | J | T | Sold (part) | 12/21/18 | J | B | |
| 124. - Dodge & Cox Income Fd. | B | Dividend | M | T | Buy (add'l) | 02/08/18 | L | | |
| 125. | | | | | Sold (part) | 02/22/18 | K | D | |
| 126. | | | | | Buy (add'l) | 06/25/18 | L | | |
| 127. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 128. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 129. | | | | | Sold (part) | 12/11/18 | J | B | |
| 130. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 131. - Dodge & Cox International Stock Fd | | None | | | Sold (part) | 02/08/18 | K | D | |
| 132. | | | | | Buy (add'l) | 02/22/18 | K | | |
| 133. | | | | | Sold (part) | 06/25/18 | L | D | |
| 134. | | | | | Sold (part) | 10/25/18 | K | C | |
| 135. | | | | | Sold | 12/11/18 | J | B | |
| 136. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Proshares Large Cap Core Plus ETF | A | Dividend | | | Sold | 03/14/18 | K | B | |
| 138. - MFS Intl Diversification I Fund | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 139. - AIG Focused Div Strat A Fund | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 140. - Tweedy Brown Global Value Fund | | None | | | Sold | 01/05/18 | K | A | |
| 141. - iShares Russell 3000 ETF | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 142. | | | | | Sold | 06/26/18 | K | B | |
| 143. - Cambiar SMID Investor Fund | C | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 144. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 145. - AMG Yacktman I Fund | | None | | | Sold | 01/05/18 | J | A | |
| 146. - Putnam Capital Spectrum Y Fund | | None | | | Sold | 01/05/18 | J | A | |
| 147. - Highland Global Allocation I Fund | | None | | | Sold | 01/05/18 | J | A | |
| 148. - Western Asset Macro Opport I Fund | | None | | | Sold | 03/14/18 | J | A | |
| 149. - Templeton Global Total Return Adv Fund | A | Dividend | J | T | | | | | |
| 150. - BrandywineGlobal Alt Credit I F/K/A Legg Mason BW Alt Credit I Fund | A | Dividend | J | T | | | | | |
| 151. - Invesco Balanced-Risk Alloc Y Fund | | None | | | Sold | 01/05/18 | J | A | |
| 152. - Loomis Sayles Srategic Inc Y Fund | | None | | | Sold | 01/05/18 | J | A | |
| 153. - EV MultiSector Inc I Fund | | None | | | Sold | 01/05/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Oakmark International I Fund | | None | | | Sold | 01/05/18 | J | A | |
| 155. - Oppenheimer Developing Markets Y Fund | | None | | | Sold | 01/05/18 | J | A | |
| 156. - Dbx ETF Tr Xtrack Rusl 1000 | | None | | | Sold | 01/05/18 | J | A | |
| 157. - Pimco Enhanced Shrt Mtrt Exc ETF | A | Dividend | | | Sold | 01/05/18 | J | A | |
| 158. - FT North American Energy Infra | A | Dividend | K | T | Buy (add'l) | 01/05/18 | K | | |
| 159. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 160. - Lord Abbett Flt Rt F Fund | A | Dividend | | | Sold | 01/05/18 | J | A | |
| 161. - WisdomTree TR EM Mkts Qtly Div ETF | | None | | | Buy (add'l) | 01/05/18 | K | | |
| 162. | | | | | Sold | 03/14/18 | K | B | |
| 163. - Goldman Sachs Strategic Inc I Fund | | None | | | Sold | 01/05/18 | J | A | |
| 164. - Catalyst Millburn HGD Strat I | A | Dividend | K | T | Buy | 01/05/18 | K | | |
| 165. - American Bond Fund of America F2 | A | Dividend | L | T | Buy | 01/16/18 | K | | |
| 166. | | | | | Buy (add'l) | 10/08/18 | L | | |
| 167. | | | | | Sold (part) | 12/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544